UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN BUSHANSKY, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | Case No. 3:19-cv-00135-L |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| INFRAREIT INC., DAVID A. CAMPBELL, JOHN GATES, STORROW M. GORDON, TRUDY A. HARPER, HUNTER L. HUNT, HAROLD R. LOGAN, JR., HARVEY ROSENBLUM, and ELLEN C. WOLF, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the above-captioned action (the "Action") with prejudice as to his individual claims, and without prejudice as to the claims of the putative class. Because this notice of dismissal is being filed before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: January 30, 2019

Respectfully submitted,

/s/ William B. Federman
William B. Federman, TBA #00794935
**FEDERMAN & SHERWOOD**
2926 Maple Ave., Suite 200
Dallas, TX 75201
Telephone:   (214) 696-1100
Facsimile:   (214) 740-0112
Email:  wbf@federmanlaw.com

*Attorneys for Plaintiff*

1

**OF COUNSEL:**

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly K. Moran
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010